DANIEL PAGE v. JAMES SPRUNT ET AL.

(Filed 22 October, 1913.)

**Negligence—Fellow-servant—Master and Servant.**

*Held,* in this action to recover damages for personal injury, if there was evidence of negligence it was that of a fellow-servant, for which no recovery could be had.

KISTLER v. R. R.

APPEAL by plaintiff from *Justice, J.,* at May Term, 1913, of NEW HANOVER.

This is an action to recover damages for personal injuries caused, as the plaintiff alleges, by the negligence of the defendant. At the conclusion of the evidence, judgment of nonsuit was entered upon motion of the defendant, and the plaintiff excepted and appealed.

*Ricaud & Jones and E. K. Bryan for plaintiff.*
*J. O. Carr for defendant.*

PER CURIAM. Upon an examination of the evidence, it is doubtful if there is any evidence of negligence; but if there is, it is the negligence of a fellow-servant, for which the defendant is not responsible. The judgment of the court is
Affirmed.